ORDER
PER CURIAM:
In a single-judge order of February 26, 2001, the Court remanded a June 29, 1999, decision of the Board of Veterans’ Appeals (Board) that determined that new and material evidence had not been received to reopen a claim for service connection for a neuropsychiatric disorder. The Court found that a remand was required by the Veterans Claims Assistance Act of 2000, Pub.L. No. 106-475, 114 Stat. 2096 (Nov. 9, 2000) (VCAA). On March 19, 2001, the appellant filed, through counsel, a timely motion for reconsideration or a panel decision.
On consideration of the foregoing and the record on appeal, it is
ORDERED, by the single judge, that the motion for reconsideration is denied. It is further
ORDERED, by the panel, that the motion for a panel decision is denied.